# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 20-16 C/W
## 20-14, 20-15, 20-17


**SALINE LAKESHORE, L.L.C.**


**VERSUS**


**FRANK MORACE & JANIE MORACE**


\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, DOCKET NO. 2016-2552
HONORABLE KERRY SPRUILL, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, D. Kent Savoie and Candyce G. Perret, Judges.


**AFFIRMED.**


**Randall L. Wilmore**
**Edward E. Rundell**
**Gold, Weems, Bruser, Sues & Rundell**
**P.O. Box 6118**
**Alexandria, LA 71351**
**(318) 445-6471**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Saline Lakeshore, L.L.C.**

**Ricky L. Sooter**
**4615 Parliament Drive, Suite 202**
**Alexandria, LA 71303**
**(318) 767-2226**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Saline Lakeshore, L.L.C.**

**Charles A. Riddle**
**Riddle & Donaghey, LLC**
**P.O. Box 608**
**Marksville, LA 71351**
**(318) 240-7217**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Frank Morace and Janie Morace**

**COOKS, Judge.**

For the reasons assigned in the companion case of *Saline Lakeshore, L.L.C. v. Marlon Littleton & Benita Littleton*, 20-14 (La.App. 3 Cir. __/__/__), ___ So.3d ____, the judgment of the district court dismissing Saline's petitory action against Frank Morace and Janie Morace is affirmed. All costs of this appeal are assessed against appellant, Saline Lakeshore, L.L.C.

**AFFIRMED.**